Thomas J. Fanning, Respondent, v. Varick Contracting Company, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Order filed.

William A. Meltzer, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Mary A. Halloran, Respondent, v. Isidor Straus and Nathan Straus, Appellants.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.) Order filed.

William Belden, Respondent, v. Oldsmobile Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (O'Brien, P. J., and McLaughlin, J., dissenting.) Order filed.

The People of the State of New York ex rel. William Jay, as Sole Surviving Executor of and Trustee under the Last Will and Testament of Katharine Roxana Field, Deceased, Appellant, v. Frank A. O'Donnel, as President of the Board of Taxes and Assessments of the City of New York, and Others, as Commissioners, etc., Forming the Board of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Junius H. Stone, Respondent, v. Rochester Herald Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Patrick H. Downey, Appellant, v. William H. Hodgins and William G. Hogan, Individually and Respectively, as Police Captain and Police Inspector of the Police Department of the City of New York, Respondents.— Order affirmed, with ten dollars and disbursements. No opinion. Order filed.

In the Matter of the Compulsory Accounting of Frances S. Archer-Nesbitt and George W. Archer, as Executors, etc., of Frances E. Archer, Deceased. George W. Archer, as Executor, etc., Appellant; Frances S. Archer-Nesbitt, as Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

William G. Barson and Charles H. Barson, Respondents, v. William G. Mulligan, Appellant, Impleaded with Agnes K. M. Mulligan.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Application of John Kiernan, Appellant, for a Writ of Mandamus Directed to William F. Baker, as President, and Others, as Commissioners, Composing the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Katherine Robinson, Respondent, v. E. Ellsworth Niles, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Clarence L. Lowther, Respondent, v. William H. Rader and Others, Defendants, Impleaded with Christopher H. Lowther, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. Northern Assurance Company of London, England, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. Continental Insurance Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1905.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Mexico Onyx Quarry Company, a Corporation, Appellant, v. David J. Kelley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Thomas S. Doyle, Appellant, v. Joseph M. Delaney, Respondent, Impleaded with Frank Healy and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William B. Franklin and George Isham Scott, Respondents, v. Joseph Leiter, Appellant, Impleaded with Joseph H. Hoadley and Cyrus Field Judson.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Leo Schlesinger, as Receiver, etc., Respondent, v. Joseph I. Bluestone and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.